UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Polaris Industries, Inc.,

v. Civil No. 99-713(DSD/JMM)

Indianapolis Motor Speedway Corporation.

---

Indianapolis Motor Speedway Corporation,

v. Civil No. 00-1118(MJD/JGL)

Polaris Industries, Inc., et al.

**ORDER FOR REASSIGNMENT OF RELATED CASES**

Case No. 99-713(DSD/JMM) having been assigned to Judge David S. Doty and Case No. 00-1118(MJD/JGL) having later been assigned to Judge Michael J. Davis, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-1118(MJD/JGL) be assigned to Judge Doty, nunc pro tunc, by use of a card on the Trademark list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this court's Assignment of Cases Order dated May 28, 1998,

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: August 1, 2000

David S. Doty, Judge
United States District Court

Dated: August 2, 2000

Michael J. Davis, Judge
United States District Court

AUG 03 2000

FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a related case order, the case has now been reassigned to Judge David M. Doty and Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-1118 DSD/JMM

Use this case number for all further filings.