UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

POLARIS INDUSTRIES, INC., CIVIL NO. 99-713 (DSD/JMM)

Plaintiff,

v.

INDIANAPOLIS MOTOR
SPEEDWAY CORPORATION,

Defendant.

---

INDIANAPOLIS MOTOR
SPEEDWAY CORPORATION, CIVIL NO. 00-1118 (DSD/JMM)

Plaintiff,

v.

POLARIS INDUSTRIES, INC. and
GREENFIELD MOTOR SPORTS, LLC

Defendants.

ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of Civil No. 99-713 (DSDJMM) and Civil No. 00-1118 (DSD/JMM) are consolidated for all purposes. The Clerk may close Civil File No. 99-713 (DSD/JMM) and merge the contents thereof with Civil File No. 00-1118 (DSD/JMM).

2. All pleadings hereafter filed in these consolidated matters shall bear the caption:

FILED AUG 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

INDIANAPOLIS MOTOR
SPEEDWAY CORPORATION,

CIVIL NO. 00-1118 (DSD/JMM)

Plaintiff,

v.

POLARIS INDUSTRIES, INC.,

Defendant and Counterclaimant,

and

GREENFIELD MOTOR SPORTS, LLC,

Defendant.

Dated: August 15, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The issues raised by each Complaint appear to involve basically the same transactions or occurrences. The Court has issued this Order of consolidation sua sponte, because these cases appear on the surface to so closely fit the standards set forth in Rule 42 of the Federal Rules of Civil Procedure.

J.M.M.