UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 99-713(DSD/JMM)

Polaris Industries, Inc.,

Plaintiff,

v. **ORDER**

Indianapolis Motor Speedway Corporation,

Defendant.

This matter is before the court on the report and recommendation by United States Magistrate Judge John M. Mason dated July 28, 2000. In that report, the magistrate judge recommended that defendant's motion to dismiss for lack of personal jurisdiction be denied and that this declaratory judgment action should not be transferred to Indiana. Defendant objects, arguing that its sporadic contacts with Minnesota are insufficient to confer jurisdiction and that the interests of justice compel transfer of this case to Indiana.

However, as the magistrate judge fully explained in his report, the quality and quantity of defendant's contacts with Minnesota are sufficient to subject it to general jurisdiction. Further, in light of the ruling from the District Court of Indiana

FILED 8/31/00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ________
Deputy Clerk's Initials ______

that the companion infringement action should be transferred to Minnesota, the declaratory judgment action must be retained in Minnesota to avoid duplicative litigation and conserve judicial resources.

Based on a de novo review of the file and record, the court adopts the magistrate judge's report and recommendation. Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (Doc. No. 29) is denied in all respects.

Dated: August 31, 2000

David S. Doty, Judge
United States District Court