UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| INDIANAPOLIS MOTOR SPEEDWAY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>POLARIS INDUSTRIES, INC.,<br><br>Defendant and Counterclaimant,<br><br>and<br><br>GREENFIELD MOTOR SPORTS, LLC.<br>Defendant | Civil No. 0-1118 (DSD/JMM)<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

WHEREAS Plaintiff Indianapolis Motor Speedway Corporation ("IMS") and Polaris Industries and Greenfield Motor Sports, LLC., (collectively, "Defendants") have settled the above-captioned matter;

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that the above-referenced action shall be dismissed with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure including any and all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

FILED 1-14-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ________
DEPUTY CLERK ________

**IT IS SO STIPULATED.**

For Plaintiff INDIANAPOLIS MOTOR SPEEDWAY CORPORATION

Dated: ______ 02, 2002

FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Michael A. Swift
ICE MILLER
One American square, Box 82001
Indianapolis, IN 46282-0002

Attorneys for Plaintiff
Indianapolis Motor Speedway Corporation

For DEFENDANTS Polaris Industries and Greenfield Motor Sports, LLC

Dated: 1/11, 2002

GREENE ESPEL PLLP

Sarah L. Brew
Greene Espel PLLP
1700 Metopolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
Phone: (612) 373-0830

David Callahan
Karen Fine
KIRKLAND & ELLIS
200 East Randolph Drive

Chicago, IL 60601
Phone: (312) 861-2000

M2:20435568.01

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

The above-referenced action is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, including any and all claims and counterclaims, with each party to bear its own costs and attorneys' fees.

Dated: 1/14/02

UNITED STATES DISTRICT JUDGE